IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson Sr, Michael D

Printed: 12/10/08

Case Number: 07 B 09111
Judge: Squires, John H
Filed: 5/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,339.36 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,152.38 |
| Trustee Fee: |  | 186.98 |
| Other Funds: |  | 0.00 |
| Totals: | 3,339.36 | 3,339.36 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 3,152.38 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,388.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 8,650.57 | 0.00 |
| 5. | RJM Acquisitions LLC | Unsecured | 9.58 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 1,584.50 | 0.00 |
| 7. | Capital One | Unsecured | 78.07 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 65.69 | 0.00 |
| 9. | Crescent Bank & Trust | Unsecured | 259.62 | 0.00 |
| 10. | Capital One | Unsecured | 75.46 | 0.00 |
| 11. | Illinois Dept Of Transportation | Unsecured | 279.86 | 0.00 |
| 12. | Nicor Gas | Unsecured | 67.43 | 0.00 |
| 13. | CBCS | Unsecured |  | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 15. | Dunstone Financial | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | Municipal Collection Services | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,892.78 | $ 3,152.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jackson Sr, Michael D

Printed: 12/10/08

Case Number:  07 B 09111
Judge:  Squires, John H
Filed:  5/18/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 149.19 |
| 6.5% | 17.99 |
| 6.6% | 19.80 |
|  | $ 186.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

